05-18-00594-CV

No. DF-17-07648

Lequeshua Wriser

Plaintiff

v.

Charles McCullough

· Defendant

In the 255th Court

District Court 255th

Dallas County, Texas

FILED IN
Cour of Appeals

MAY 2 1 2018

Lisa Matz
Clerk, 5th District

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, self-represented, and files this Notice of Appeal from the judgment signed by the Court on May 7th 2018. Lequeshua Wriser, Defendant, appeals to the Court of Appeals at Dallas, Texas.

Respectfully submitted,

Print Name: Lequeshua Wriser
Address: 3124 S. Denley Dr. Apt 131
Dallas, Tx 75216
Telephone: 972-371-7510

mysweetgeorgiarain@gmail.com

CERTIFICATE OF SERVICE

I, Lequeshua Wriser, Defendant, do hereby certify that a true and correct copy of the foregoing has been mailed, certified mail, return receipt requested, to Charles McCullough, Attorney for Plaintiff, at 4144 N. Central Expwy, Suite 230, Dallas, Texas, on this the 21 day of May, 2018.

Signature

Lequeshua Wriser
Print Name